JUNE 4, 1974

No. 73–1464. LiRocchi, dba Cable Climbers Sales Co., et al. v. Ohio Hoist Manufacturing Co. C. A. 6th Cir. Petition for writ of certiorari dismissed under Rule 60 of the Rules of this Court.

JUNE 5, 1974

No. 73–1745. Hume v. Carey. C. A. D. C. Cir. Petition for writ of certiorari dismissed under Rule 60 of the Rules of this Court.

JUNE 10, 1974

No. 73–1437. Indiana Real Estate Commission et al. v. Satoskar. Affirmed on appeal from D. C. S. D. Ind. *In re Griffiths,* 413 U. S. 717 (1973). Mr. Justice Rehnquist dissents.

No. 73–1322. Alonso et al. v. Georgia. Appeal from Sup. Ct. Ga. dismissed for want of substantial federal question.

No. 73–1554. Ramsay v. Santa Rosa Medical Center et al. Appeal from Ct. Civ. App. Tex., 4th Sup. Jud. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.